Hubert EVANS, Appellant,

v.

William W. HESSON; Dr. Curtis Frederickson; Dr. Edward O'Brien; Dr. Chad Calarge; Dr. Harbans S. Deol; Dr. B.G. Wiltfang; Dr. Frank Filippelli; Terry Mapes; Kristine Weitzell; Janice Berry; Bob Coady; Dr. Pradeep Sarswat, Appellees.

No. 10–1585.

United States Court of Appeals, Eighth Circuit.

Submitted: Oct. 4, 2010.

Filed: Oct. 7, 2010.

Kenny D. Sayre, Moundsville, WV, pro se.

Before BYE, BOWMAN, and SMITH, Circuit Judges.

PER CURIAM.

Former inmate Hubert Evans appeals the district court's[1] adverse grant of summary judgment in his 42 U.S.C. § 1983 action. Having carefully reviewed the record, *see Mack v. Dillon,* 594 F.3d 620, 622 (8th Cir.2010) (per curiam) (standard of review), we agree with the district court's analysis. Accordingly, we affirm, *see* 8th Cir. R. 47B, and we also deny Evans's motion for appointment of counsel.

1. The Honorable Ronald E. Longstaff, Senior Judge, United States District Court for the Southern District of Iowa, adopting the report and recommendations of the Honorable

Thomas J. Shields, United States Magistrate Judge for the Southern District of Iowa.